■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE ROYSTER, Appellant. [671 NYS2d 326] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Fisher, J.), rendered July 29, 1996, convicting him of murder in the second degree and manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's legal sufficiency claim is unpreserved for ap-

pellate review because his motion for a trial order of dismissal was not specific (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Cannon,* 224 AD2d 439; *People v Pinder,* 199 AD2d 544). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80). Ritter, J. P., Thompson, Goldstein and McGinity, JJ., concur.